**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KRISTIE SHEETS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIPPERT COMPONENTS, INC., A Delaware Corporation; FOREST RIVER, INC., an Indiana Corporation; and DOES 1-10<br><br>Defendants. | Case No. 2:20-cv-01683-KJM-JDP<br><br>**ORDER CONTINUING HEARING ON PENDING MOTIONS AND SETTING DEADLINES FOR OPPOSITION AND REPLY MEMORANDUMS**<br><br>Complaint Filed: July 10, 2020<br><br>Action Removed: August 21, 2020 |

**ORDER**

The Court, having reviewed the above stipulation of the parties requesting a continuance of the hearing on the pending motions and setting deadlines for opposition and reply memorandums in connection with the same, hereby adopts the stipulation and orders as follows:

1. The hearings on the Forest River Motion (Dkt. 15) and the LCI Motion (Dkt. 16) shall be continued to December 11, 2020 at 10:00 a.m.

2. Plaintiff shall file her opposition memorandum in response to both the Forest River Motion and the LCI Motion on or prior to November 9, 2020.

3. Forest River and LCI shall file their reply memorandum in support of their respective motion on or prior to November 19, 2020.

**IT IS SO ORDERED.**

DATED: October 19, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE