UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KRISTIE SHEETS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIPPERT COMPONENTS, INC., A Delaware Corporation; FOREST RIVER, INC., an Indiana Corporation; and DOES 1-10,<br><br>Defendants. | Case No.  2:20-cv-01683-KJM-JDP<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

WHEREAS, Kristie Sheets ("Plaintiff") originally filed this action against Defendants Lippert Components, Inc. ("Lippert"), Forest River, Inc. ("Forest River"), and Timothy DeMartini, individually and doing business as DeMartini RV Sales ("DeMartini") in Nevada County Superior Court on July 10, 2020, which was timely removed to this Court on August 21, 2020. *See* Dkt. 1.

WHEREAS, shortly after removal, the Court set a Status (Pretrial Scheduling) Conference (*see* Dkt. 2), which was scheduled for February 25, 2021 at 2:30 p.m. before Chief District Judge Mueller in Courtroom Three. *See* Dkt. 30.

WHEREAS, following removal and on the responsive pleading deadline, Plaintiff filed a first amended complaint ("FAC") asserting claims against Lippert and Forest River on September

1  25, 2019, and filed a voluntary dismissal without prejudice as to DeMartini. *See* Dkts. 8, 9.

2      WHEREAS, in response to Plaintiff's FAC, Forest River and Lippert, separately, each filed
3  a motion to compel arbitration or, in the alternative to dismiss for failure to state a claim and to
4  strike nationwide class allegations (together, the "Motions"). *See* Dkts. 15, 16.

5      WHEREAS, the briefing on the aforementioned motions has closed, and the Court, on its
6  own motion and pursuant to Local Rule 230(g), vacated the December 11, 2020, hearing on the
7  Motions and deemed them submitted without oral argument. *See* Dkt. 28.

8      WHEREAS, the parties are awaiting a ruling on the Motions.

9      WHEREAS, the parties agree that the scope and nature of the issues that will need be
10  addressed in their Rule 26(f) conference and set forth in their Joint Status Report to the Court
11  (including, in particular, their discovery plan and proposed scheduling order), as well as the parties'
12  respective Initial Disclosures obligations, will largely depend on the Court's ruling on the Motions.

13      WHEREAS, in order to conserve the resources of the Court and the parties while awaiting a
14  ruling on the Motions, the parties previously stipulated to, and this Court entered, an order granting
15  a continuance of the February 25, 2021 Status (Pretrial Scheduling) Conference to April 8, 2021.
16  *See* Dkts. 31, 32.

17      WHEREAS, the parties agree to jointly request a further continuance of the Status (Pretrial
18  Scheduling) Conference in order to conserve the resources of the Court and the parties until such
19  time as they have a ruling on the Motions.

20      NOW, THEREFORE, by and through their respective counsel of record, the parties hereby
21  stipulate and agree as follows:

22      To conserve judicial resources and the resources of the parties while awaiting a ruling on the
23  Motions, the Status Conference shall be continued, from Thursday, April 8, 2021 at 2:30 p.m. to
24  Thursday, May 20, 2021 at 2:30 p.m., or a date thereafter convenient for the Court's calendar.

25  **IT IS SO STIPULATED.**
26  ///
27  ///
28  ///

| | | |
|---|---|---|
| DATED: March 11, 2021 | | BARNES & THORNBURG LLP |

By: */s/ Eric Fisher (as authorized on 3/11/2021)*
ERIC FISHER
Attorney for Defendant Lippert Components, Inc.

DATED: March 11, 2021                             HANSON BRIDGETT LLP

By: */s/ Shannon M. Nessier*
LAWRENCE M. CIRELLI
SHANNON M. NESSIER
MATTHEW J. PECK
Attorneys for Forest River, Inc.

DATED: March 11, 2021                             MCCUNE WRIGHT AREVALO LLP

By: */s/ David Wright (as authorized on 3/11/2021)*
DAVID C. WRIGHT
Attorney for Plaintiff and Proposed Class Counsel

## **ATTESTATION**

All signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Shannon M. Nessier

**ORDER**

The court, having reviewed the above stipulation, ECF No. 33, of the parties requesting a continuance of the scheduled status conference, hereby adopts the stipulation and orders as follows:

The Status (Pretrial Scheduling) Conference, currently scheduled for Thursday, April 8, 2021 at 2:30 p.m. before Judge Mueller in Courtroom Three is continued until Thursday, May 20, 2021 at 2:30 p.m. The parties shall file a joint status report no less than fourteen (14) days prior to the new date for the Scheduling Conference.

IT IS SO ORDERED.

DATED: March 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE