BARNES & THORNBURG LLP
ERIC S. FISHER (SBN 240545)
efisher@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

HALEY & BILHEIMER
JOHN G. BILHEIMER (SBN 154580)
jbilheimer@lawhb.com
505 Coyote St, Suite A
Nevada City, California 95959
Telephone: (530) 265-6357
Facsimile: (530) 478-9485

*Attorneys for Defendant*
*Lippert Components, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KRISTIE SHEETS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIPPERT COMPONENTS, INC., A Delaware Corporation; FOREST RIVER, INC., an Indiana Corporation; and DOES 1-10,<br><br>Defendants. | Case No. 2:20-cv-01683-KJM-JDP<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Complaint Filed: July 10, 2020<br><br>Action Removed: August 21, 2020 |

WHEREAS, Kristie Sheets ("Plaintiff") originally filed this action against Defendants Lippert Components, Inc. ("Lippert"), Forest River, Inc. ("Forest River"), and Timothy DeMartini, individually and doing business as DeMartini RV Sales ("DeMartini") in Nevada County Superior Court on July 10, 2020, which was timely removed to this Court on August 21, 2020. *See* Dkt. 1.

WHEREAS, shortly after removal, the Court set a Status (Pretrial Scheduling) Conference (*see* Dkt. 2), which was scheduled for February 25, 2021 at 2:30 p.m. before Chief District Judge Mueller in Courtroom Three. *See* Dkt. 30.

-1-
STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1  WHEREAS, following removal and on the responsive pleading deadline, Plaintiff filed a first amended complaint ("FAC") asserting claims against Lippert and Forest River on September 25, 2019, and filed a voluntary dismissal without prejudice as to DeMartini. *See* Dkts. 8, 9.

WHEREAS, in response to Plaintiff's FAC, Forest River and Lippert, separately, each filed a motion to compel arbitration or, in the alternative to dismiss for failure to state a claim and to strike nationwide class allegations (together, the "Motions"). *See* Dkts. 15, 16.

WHEREAS, the briefing on the aforementioned motions has closed, and the Court, on its own motion and pursuant to Local Rule 230(g), vacated the December 11, 2020 hearing on the Motions and deemed them submitted without oral argument. *See* Dkt. 28.

WHEREAS, the parties are awaiting a ruling on the Motions.

WHEREAS, the parties agree that the scope and nature of the issues that will need be addressed in their Rule 26(f) conference and set forth in their Joint Status Report to the Court (including, in particular, their discovery plan and proposed scheduling order), as well as the parties' respective Initial Disclosures obligations, will largely depend on the Court's ruling on the Motions.

WHEREAS, in order to conserve the resources of the Court and the parties while awaiting a ruling on the Motions, the parties previously stipulated to, and this Court entered, an order granting a continuance of the April 8, 2021 Status (Pretrial Scheduling) Conference to May 20, 2021. *See* Dkts. 33.

WHEREAS, the parties agree to jointly request a further continuance of the Status (Pretrial Scheduling) Conference in order to conserve the resources of the Court and the parties until such time as they have a ruling on the Motions.

NOW, THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and agree as follows:

To conserve judicial resources and the resources of the parties while awaiting a ruling on the Motions, the Status Conference shall be continued, from Thursday, May 20, 2021 at 2:30 p.m. to Friday, June 18, 2021 at 10:00 a.m., or a date thereafter convenient for the Court's calendar.

**IT IS SO STIPULATED.**

DATED: April 21, 2021                    BARNES & THORNBURG LLP

By: */s/ Eric Fisher*
ERIC FISHER
Attorney for Defendant Lippert Components, Inc.

DATED: April 21, 2021                    HANSON BRIDGETT LLP

By: */s/ Matthew J. Peck (as authorized on 4/21/2021)*
LAWRENCE M. CIRELLI
SHANNON M. NESSIER
MATTHEW J. PECK
Attorneys for Forest River, Inc.

DATED: April 21, 2021                    MCCUNE WRIGHT AREVALO LLP

By: */s/ David Wright (as authorized on 4/21/2021)*
DAVID C. WRIGHT
Attorney for Plaintiff and Proposed Class Counsel

## **ATTESTATION**

All signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Eric S. Fisher*

**ORDER**

The Court, having reviewed the above stipulation of the parties requesting a continuance of the scheduled status conference, hereby adopts the stipulation and orders as follows:

1. The Status (Pretrial Scheduling) Conference, currently scheduled for Thursday, May 20, 2021 at 2:30 p.m. before Judge Mueller in Courtroom Three is continued until July 8, 2021 at 2:30 p.m.

**IT IS SO ORDERED.**

DATED:  April 26, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE