HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
SHANNON M. NESSIER, SBN 267644
snessier@hansonbridgett.com
MATTHEW J. PECK, SBN 287934
mpeck@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:	(415) 777-3200
Facsimile:	(415) 541-9366

Attorneys for Forest River, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KRISTIE SHEETS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIPPERT COMPONENTS, INC., A Delaware Corporation; FOREST RIVER, INC., an Indiana Corporation; and DOES 1-10,<br><br>Defendants. | Case No.  2:20-cv-01683-KJM-JDP<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Complaint Filed: July 10, 2020<br><br>Action Removed: August 21, 2020 |

WHEREAS, Kristie Sheets ("Plaintiff") originally filed this action against Defendants Lippert Components, Inc. ("Lippert"), Forest River, Inc. ("Forest River"), and Timothy DeMartini, individually and doing business as DeMartini RV Sales ("DeMartini") in Nevada County Superior Court on July 10, 2020, which was timely removed to this Court on August 21, 2020. *See* Dkt. 1.

WHEREAS, shortly after removal, the Court set a Status (Pretrial Scheduling) Conference (*see* Dkt. 2), which was scheduled for February 25, 2021 at 2:30 p.m. before Chief District Judge Mueller in Courtroom Three. *See* Dkt. 30.

WHEREAS, following removal and on the responsive pleading deadline, Plaintiff filed a first amended complaint ("FAC") asserting claims against Lippert and Forest River on September

1 25, 2019, and filed a voluntary dismissal without prejudice as to DeMartini. *See* Dkts. 8, 9.

2     WHEREAS, in response to Plaintiff's FAC, Forest River and Lippert, separately, each filed
3 a motion to compel arbitration or, in the alternative to dismiss for failure to state a claim and to
4 strike nationwide class allegations (together, the "Motions"). *See* Dkts. 15, 16.

5     WHEREAS, the briefing on the aforementioned motions has closed, and the Court, on its
6 own motion and pursuant to Local Rule 230(g), vacated the December 11, 2020, hearing on the
7 Motions and deemed them submitted without oral argument. *See* Dkt. 28.

8     WHEREAS, the parties are awaiting a ruling on the Motions.

9     WHEREAS, the parties agree that the scope and nature of the issues that will need be
10 addressed in their Rule 26(f) conference and set forth in their Joint Status Report to the Court
11 (including, in particular, their discovery plan and proposed scheduling order), as well as the parties'
12 respective Initial Disclosures obligations, will largely depend on the Court's ruling on the Motions.

13     WHEREAS, in order to conserve the resources of the Court and the parties while awaiting a
14 ruling on the Motions, the parties previously stipulated to, and this Court has entered, orders granting
15 continuances of the Status (Pretrial Scheduling) Conference. *See* Dkts., 30, 32, 34, 36. The most
16 recent order continued the Status (Pretrial Scheduling) Conference to July 8, 2021 at 2:30 pm. (*Id*.)

17     WHEREAS, the parties jointly request a further continuance of the Status (Pretrial
18 Scheduling) Conference in order to conserve the resources of the Court and the parties until such
19 time as they have a ruling on the Motions.

20     NOW, THEREFORE, by and through their respective counsel of record, the parties hereby
21 stipulate and agree as follows:

22     To conserve judicial resources and the resources of the parties while awaiting a ruling on the
23 Motions, the Status Conference shall be continued, from Thursday, July 8, 2021 at 2:30 p.m. to
24 Thursday, August 12, 2021 at 2:30 p.m., or a date thereafter convenient for the Court's calendar.

25     **IT IS SO STIPULATED.**
26 ///
27 ///
28 ///

| | |
|---|---|
| DATED: June 15, 2021 | BARNES & THORNBURG LLP |
| | By: /s/ *John Maley (as authorized on 6/15/2021)* |
| | JOHN MALEY |
| | ERIC FISHER |
| | Attorney for Defendant Lippert Components, Inc. |
| DATED: June 15, 2021 | HANSON BRIDGETT LLP |
| | By: /s/ *Shannon M. Nessier* |
| | LAWRENCE M. CIRELLI |
| | SHANNON M. NESSIER |
| | MATTHEW J. PECK |
| | Attorneys for Forest River, Inc. |
| DATED: June 15, 2021 | MCCUNE WRIGHT AREVALO LLP |
| | By: /s/ *David Wright (as authorized on 6/15/2021)* |
| | DAVID C. WRIGHT |
| | Attorney for Plaintiff and Proposed Class Counsel |

## **ATTESTATION**

All signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Shannon M. Nessier

# ORDER

The Court, having reviewed the above stipulation of the parties requesting a continuance of the scheduled status conference, hereby adopts the stipulation and orders as follows:

1. The Status (Pretrial Scheduling) Conference, currently scheduled for Thursday, July 8, 2021 at 2:30 p.m. before Judge Mueller in Courtroom Three is continued until Thursday, August 19, 2021 at 2:30 p.m.

**IT IS SO ORDERED.**

**DATED:** June 21, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE