1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KRISTIE SHEETS, individually and on behalf of all others similarly situated, | Case No. 2:20-cv-01683-KJM-JDP |
| Plaintiff, | **ORDER EXTENDING TIME FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT AND FOR DEFENDANTS TO THEREAFTER RESPOND** |
| v. | |
| LIPPERT COMPONENTS, INC., A Delaware Corporation; FOREST RIVER, INC., an Indiana Corporation; and DOES 1-10 | Complaint Filed: July 10, 2020 |
| Defendants. | Action Removed: August 21, 2020 |

18013000.1

**<u>ORDER</u>**

The Court, having reviewed the stipulation of the parties requesting a continuance of deadline for plaintiff to file her Second Amended Complaint, hereby adopts the stipulation and orders as follows:

1.    The deadline for Plaintiff to file a Second Amended Complaint, currently set for November 15, 2021, is hereby extended to November 22, 2021; and

2.    Defendants shall file their responses within twenty-one days of the filing and service of any such amended complaint.

**IT IS SO ORDERED.**

DATED:  November 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER EXTENDING TIE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND FOR DEFENDANTS TO THEREAFTER RESPOND

18013000.1