UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KRISTIE SHEETS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIPPERT COMPONENTS, INC., A Delaware Corporation; FOREST RIVER, INC., an Indiana Corporation; and DOES 1-10<br><br>Defendants. | Case No. 2:20-cv-01683-KJM-JDP<br><br>**ORDER CONTINUING STATUS CONFERENCE AND EXTENDING TIME FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT AND FOR DEFENDANTS TO THEREAFTER RESPOND**<br><br>Complaint Filed: July 10, 2020<br><br>Action Removed: August 21, 2020 |

**ORDER**

The Court, having reviewed the above stipulation of the parties requesting a continuance of the scheduled status conference and other case deadlines to facilitate their settlement efforts, hereby adopts the stipulation and orders as follows:

1. The deadline for Plaintiff to file her second amended complaint shall be continued by 91 days to February 20, 2022.

2. Defendants shall respond to Plaintiff's second amended complaint within 21 days after service thereof.

3. The Status Conference shall be continued, from December 16, 2021 to March 24, 2022 at 2:30 p.m.

**IT IS SO ORDERED.**

DATED:  November 24, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE