1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   Kristie Sheets, individually and on behalf          No. 2:20-cv-01683-KJM-JDP
     of all others similarly situated,
12                                                        ORDER
                            Plaintiff,
13
            v.
14
15   Lippert Components, Inc., A Delaware
     Corporation; Forest River, Inc., an
16   Indiana Corporation; and DOES 1-10,

17                          Defendants.

18

19          In November 2021, the court approved the parties' stipulation to reset case deadlines and

20   the status conference.  Prev. Order (Nov. 24, 2021), ECF No. 54.  Plaintiff's second amended

21   complaint was due February 20, 2022, and defendants' response was to be filed within twenty-

22   one days after service of the second amended complaint.  *Id.*  The status conference was set for

23   March 24, 2022.  *Id.*  The parties were to file a Joint Status Report fourteen days before the status

24   conference.  *See* Min. Order, ECF No. 45.  Plaintiff did not file a second amended complaint and

25   the parties did not file their Joint Status Report.  Furthermore, the court has not received any

26   update on the parties' settlement efforts.  While the court notes defendants have filed an

27   interlocutory appeal, the parties have not sought a stay; nor is it obvious to the court that the

28   appeal deprives it of jurisdiction.

                                                     1

1       Accordingly, the court orders plaintiff to show cause why this case should not be

2  dismissed for failure to prosecute.  **Any response shall be filed within fourteen days**.

3       The initial scheduling conference set for March 24, 2022 is vacated, to be

4  reset if needed.

5       IT IS SO ORDERED.

6  DATED:  March 17, 2022.

7

8                             CHIEF UNITED STATES DISTRICT JUDGE